**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    _11_

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Universal Biocarbon, Inc.* |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *83-4411059* |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *2 Guava Lane* <br> *Canal Point, FL 33438* <br> Number, Street, City, State & ZIP Code | *PO Box 881386* <br> *Port Saint Lucie, FL 34988* <br> P.O. Box, Number, Street, City, State & ZIP Code |
| *Palm Beach* <br> County | **Location of principal assets, if different from principal place of business** |
| | <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    *www.universalbiocarbon.com*

6. **Type of debtor**

  ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☐ Partnership (excluding LLP)

  ☐ Other. Specify: _____

Debtor    **Universal Biocarbon, Inc.**                                    Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | *Universal Biocarbon, Inc.* | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Universal Biocarbon, Inc.**                                             Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Universal Biocarbon, Inc.**                                    Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 30, 2025**
              MM / DD / YYYY

X **/s/ David Disbrow**                                        **David Disbrow**
  Signature of authorized representative of debtor              Printed name

Title   **Chairman & Founder**

---

**18. Signature of attorney**

X **/s/ Craig I. Kelley**                          Date **January 30, 2025**
  Signature of attorney for debtor                       MM / DD / YYYY

**Craig I. Kelley 782203**
Printed name

**Kelley Kaplan & Eller, PLLC**
Firm name

**1665 Palm Beach Lakes Blvd**
**The Forum - Suite 1000**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone   **561-491-1200**        Email address   **craig@kelleylawoffice.com**

**782203 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    ***Universal Biocarbon, Inc.***

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ***January 30, 2025***        X ***/s/ David Disbrow***
                                            Signature of individual signing on behalf of debtor

                                            ***David Disbrow***
                                            Printed name

                                            ***Chairman & Founder***
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Universal Biocarbon, Inc.* |
| United States Bankruptcy Court for the: | *SOUTHERN DISTRICT OF FLORIDA* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *AgriServices International 3961 State Road 60 East Lake Wales, FL 33898* | | *Equipment deposit* | | | | *$35,120.00* |
| *Alta Equipment 8418 Palm River Road Tampa, FL 33619* | | *Equipment vendor* | | | | *$79,110.65* |
| *BSC Engineering, Inc. 10490 South Lago Vista Circle Pompano Beach, FL 33076* | | *Services rendered* | | | | *$9,375.00* |
| *GM Financial PO Box 183593 Arlington, TX 76096-3834* | | *2024 Chevrolet Silverado 1500 VIN: 3GCUDFED6RG113089* | | *$53,321.86* | *$46,088.00* | *$7,233.86* |
| *Kanouse & Walker 6879 Giralde Circle Boca Raton, FL 33433* | | *Legal Services rendered* | | | | *$36,068.92* |
| *Komatsu Financial 8770 W Bryn Mawr Ave, Suite 100 Chicago, IL 60631* | | *Komatsu WA500-8 S/N A98138  Large Wheel Loader* | | *$584,065.02* | *$500,000.00* | *$84,065.02* |
| *Linder Industrial Machinery 1601 S Frontage Road Plant City, FL 33563* | | *Equipment vendor* | | | | *$77,938.70* |
| *Malloy & Malloy, PL 2800 SW Third Ave Miami, FL 33129* | | *Legal Services rendered* | | | | *$15,021.67* |

| Debtor | *Universal Biocarbon, Inc.* | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *McCourt Equipment 5141 W State Hwy 71 La Grange, TX 78945* | | *Equipment vendor* | | | | *$215,398.16* |
| *Mulo, Inc PO Box 576 Belle Glade, FL 33430* | | *Equipment vendor* | | | | *$4,585.28* |
| *Pantropic Power 8205 NW 58 Street Miami, FL 33166* | | *Equipment vendor* | | | | *$19,387.08* |
| *Rio-Bak 12773 W. Forest Hill Blvd, Suite 210 Wellington, FL 33414* | | *Services rendered* | | | | *$5,200.00* |
| *Royal Consulting 211 West Warren Avenue Longwood, FL 32750* | | *Services rendered* | | | | *$9,142.50* |
| *Tax Collector, Palm Beach County P.O. Box 3353 West Palm Beach, FL 33402-3353* | | *Property Taxes* | | | | *$24,589.89* |
| *Tropic Oil 9675 NW 117 Avenue, #405 Miami, FL 33178* | | *Equipment vendor* | | | | *$11,520.39* |
| *US Sugar Corporation 111 Ponce de Leon Avenue Clewiston, FL 33440* | | *Lease* | *Contingent Unliquidated Disputed* | | | *$59,851.73* |
| *Vermeer Southeast 1060 West Industrial Avenue Boynton Beach, FL 33426* | | *Equipment vendor* | | | | *$15,828.24* |
| *VLAU Transport, LLC 4617 SW Tacoma Street Port Saint Lucie, FL 34953* | | *Services rendered* | | | | *$5,805.00* |
| *VOLVO FINANCIAL SERVICES PO Box 26131 Greensboro, NC 27402* | | *2022 Volvo EC250EL, 53" P/O Bucket, Werk Brau Thumb VIN: 316313* | | *$234,693.56* | *$200,000.00* | *$34,693.56* |

Debtor    **_Universal Biocarbon, Inc._**                                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **_WebBank c/o QuickBooks Capital P.O. Box 842978 Dallas, TX 75284_** | | **_Loan_** | | | | **_$142,860.21_** |

**Fill in this information to identify the case:**

Debtor name   *Universal Biocarbon, Inc.*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $      **899,953.57**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $      **899,953.57**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $      **872,080.44**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$      **778,454.41**

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b

    $      **1,650,534.85**

**Fill in this information to identify the case:**

Debtor name  *Universal Biocarbon, Inc.*

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)*

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *Bank of America* | *Checking* | *8699* | $5,995.05 |
| 3.2. | *Bank of America* | *Checking* | *2222* | $58,784.52 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $64,779.57

**Part 2:**  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   *Deposit held by Agriservices International relaitve to the GX 100/1150 EVO W/Komet 140*
   7.1. *Turbine Drive*       $30,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **_Universal Biocarbon, Inc._**                              Case number *(If known)* _____
         Name

Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                          | $30,000.00 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:     *28,386.00*        -        *0.00*    = ....     | $28,386.00 |
                                  face amount              doubtful or uncollectible accounts

      11b. Over 90 days old:          *0.00*        -        *0.00*    = ....     | $0.00 |
                                  face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                      | $28,386.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    **Universal Biocarbon, Inc.**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| *302,865 yards of compost* *800-5 gallon buckets* *799 -1 gallon buckets* *21- Carbon Pure Orchid Blend* *20 - Sand/ BioPeat 90/10* *880 - Compost Carbon Pure 9-/10 Blend* *3- Carbon Pure 5 gal. bucket* *17- Carbon Pure 1 gal bucket* *40- Compost 10 Carbon Pure 10 BioPeat* | | *Unknown* | *Liquidation* | *Unknown* |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                           *$0.00*
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** *1 iPad, 1 iPhone, 1 HP Printer, 1 HP Computer* | *Unknown* | *Liquidation* | *$500.00* |

| Debtor | *Universal Biocarbon, Inc.* | Case number *(If known)* |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.
    
    | | |
    |---|---|
    | | **$500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  *1991 Pierce Lance Pumper Truck*<br>*VIN # 4P1CT01G8MA000691* | *Unknown* | *Liquidation* | *$29,000.00* |
| 47.2.  *2022 Volvo EC250EL, 53" P/O Bucket,*<br>*Werk Brau Thumb*<br>*VIN: 316313* | *Unknown* | *Liquidation* | *$200,000.00* |
| 47.3.  *Komatsu WA500-8 S/N A98138  Large*<br>*Wheel Loader* | *Unknown* | *Liquidation* | *$500,000.00* |
| 47.4.  *2024 Chevrolet Silverado 1500*<br>*VIN: 3GCUDFED6RG113089* | *Unknown* | *Liquidation* | *$46,088.00* |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>*1 Small power drill*<br>*1 auto grease gun*<br>*Misc hand tools*<br>*Backpack leaf Blower* | *Unknown* | *Liquidation* | *$350.00* |
|---|---|---|---|
| *Portable Generator* | *$0.00* | | *$850.00* |

Debtor    *Universal Biocarbon, Inc.*                                      Case number *(If known)* _____
          Name

51.   **Total of Part 8.**                                                          | $776,288.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54.   **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  *2 Guava Lane, Canal Point, FL 33438* | *Lease* | *$0.00* | | *Unknown* |

56.   **Total of Part 9.**                                                          | $0.00 |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

| Debtor | *Universal Biocarbon, Inc.* | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

|  |
|---|
| **Current value of debtor's interest** |

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    *Potential products liability claim against Alta Equipment and EcoVerse. Claim is related to an equipment fire. Special counsel to be retained.*

    *Unknown*

    | Nature of claim | *Products Liability* |
    |---|---|
    | Amount requested | *$0.00* |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | *$0.00* |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **_Universal Biocarbon, Inc._**  Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $64,779.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,386.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $776,288.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $899,953.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $899,953.57 |

| Fill in this information to identify the case: |
|---|

Debtor name __*Universal Biocarbon, Inc.*__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** *GM Financial*
Creditor's Name

*PO Box 183593*
*Arlington, TX 76096-3834*
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
*1977*

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
*2024 Chevrolet Silverado 1500*
*VIN: 3GCUDFED6RG113089*

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$53,321.86**     Column B: **$46,088.00**

---

**2.2** *Komatsu Financial*
Creditor's Name

*8770 W Bryn Mawr Ave, Suite 100*
*Chicago, IL 60631*
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
*4000*

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
*Komatsu WA500-8 S/N A98138  Large Wheel Loader*

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$584,065.02**     Column B: **$500,000.00**

---

Debtor **Universal Biocarbon, Inc.**
Name

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **VOLVO FINANCIAL SERVICES** | | | |

Creditor's Name

**PO Box 26131
Greensboro, NC 27402**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9002**

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Volvo EC250EL, 53" P/O Bucket, Werk Brau Thumb
VIN: 316313**

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $234,693.56 | $200,000.00 |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$872,080.44**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    *Universal Biocarbon, Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☒ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>*AgriServices International*<br>*3961 State Road 60 East*<br>*Lake Wales, FL 33898*<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** *Equipment deposit*<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$35,120.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>*Alta Equipment*<br>*8418 Palm River Road*<br>*Tampa, FL 33619*<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** *Equipment vendor*<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$79,110.65** |
| **3.3** | Nonpriority creditor's name and mailing address<br>*Bank of America*<br>*PO BOX 660441*<br>*Dallas, TX 75266*<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** *2034* | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** *Credit Card*<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$2,695.17** |
| **3.4** | Nonpriority creditor's name and mailing address<br>*Bank of America*<br>*PO BOX 660441*<br>*Dallas, TX 75266*<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** *8795* | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** *Credit Card*<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$3,142.55** |

Debtor    **Universal Biocarbon, Inc.**                                          Case number *(if known)* _____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,375.00** |
|---|---|---|---|

**BSC Engineering, Inc.**
**10490 South Lago Vista Circle**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,813.27** |
|---|---|---|---|

**Capital One**
**P.O. Box 60519**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **0813**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dr. Robert Midence**
**3830 Enchanted Oaks Lane**
**Sebring, FL 33875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number  **XAMB**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,068.92** |
|---|---|---|---|

**Kanouse & Walker**
**6879 Giralde Circle**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,938.70** |
|---|---|---|---|

**Linder Industrial Machinery**
**1601 S Frontage Road**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment vendor**

Last 4 digits of account number  **3494**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,021.67** |
|---|---|---|---|

**Malloy & Malloy, PL**
**2800 SW Third Ave**
**Miami, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services rendered**

Last 4 digits of account number  **0020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215,398.16** |
|---|---|---|---|

**McCourt Equipment**
**5141 W State Hwy 71**
**La Grange, TX 78945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment vendor**

Last 4 digits of account number  **6948**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Universal Biocarbon, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.12**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | ***Unknown*** |
| *Milicevic, Michael A.* | ☐ Contingent | |
| *Revocable Trust* | ☐ Unliquidated | |
| *3722 Creekside Drive* | ☐ Disputed | |
| *Sebring, FL 33875* | | |
| Date(s) debt was incurred _ | **Basis for the claim:** *Lawsuit* | |
| Last 4 digits of account number **XAMB** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | ***Unknown*** |
| *Milicevic, Steven* | ☐ Contingent | |
| *2035 Helms Road* | ☐ Unliquidated | |
| *Labelle, FL 33935* | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** *Lawsuit* | |
| Last 4 digits of account number **XAMB** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | ***$4,585.28*** |
| *Mulo, Inc* | ☐ Contingent | |
| *PO Box 576* | ☐ Unliquidated | |
| *Belle Glade, FL 33430* | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** *Equipment vendor* | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | ***$19,387.08*** |
| *Pantropic Power* | ☐ Contingent | |
| *8205 NW 58 Street* | ☐ Unliquidated | |
| *Miami, FL 33166* | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** *Equipment vendor* | |
| Last 4 digits of account number **3695** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | ***$5,200.00*** |
| *Rio-Bak* | ☐ Contingent | |
| *12773 W. Forest Hill Blvd, Suite 210* | ☐ Unliquidated | |
| *Wellington, FL 33414* | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** *Services rendered* | |
| Last 4 digits of account number **0195** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | ***$9,142.50*** |
| *Royal Consulting* | ☐ Contingent | |
| *211 West Warren Avenue* | ☐ Unliquidated | |
| *Longwood, FL 32750* | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** *Services rendered* | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.18**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | ***$24,589.89*** |
| *Tax Collector, Palm Beach County* | ☐ Contingent | |
| *P.O. Box 3353* | ☐ Unliquidated | |
| *West Palm Beach, FL 33402-3353* | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** *Property Taxes* | |
| Last 4 digits of account number **2379** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Universal Biocarbon, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

Thomas, Matthew
1500 51st Court
Vero Beach, FL 32966

Date(s) debt was incurred _

Last 4 digits of account number **XAMB**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ☐ No ☐ Yes

*Unknown*

---

**3.20** | Nonpriority creditor's name and mailing address

Tropic Oil
9675 NW 117 Avenue, #405
Miami, FL 33178

Date(s) debt was incurred _

Last 4 digits of account number **4902**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment vendor**

Is the claim subject to offset? ■ No ☐ Yes

*$11,520.39*

---

**3.21** | Nonpriority creditor's name and mailing address

US Sugar Corporation
111 Ponce de Leon Avenue
Clewiston, FL 33440

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ☐ No ☐ Yes

*$59,851.73*

---

**3.22** | Nonpriority creditor's name and mailing address

Vermeer Southeast
1060 West Industrial Avenue
Boynton Beach, FL 33426

Date(s) debt was incurred _

Last 4 digits of account number **4646**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment vendor**

Is the claim subject to offset? ■ No ☐ Yes

*$15,828.24*

---

**3.23** | Nonpriority creditor's name and mailing address

VLAU Transport, LLC
4617 SW Tacoma Street
Port Saint Lucie, FL 34953

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ☐ No ☐ Yes

*$5,805.00*

---

**3.24** | Nonpriority creditor's name and mailing address

WebBank c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

*$142,860.21*

---

**3.25** | Nonpriority creditor's name and mailing address

Wrenchified Heavy Duty Truck Repair
102 NW Doorchester St
Port Saint Lucie, FL 34983

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

*$4,000.00*

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **Universal Biocarbon, Inc.**                                          Case number (if known) _____
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Graves, Thomas, Rotunda**<br>**2651 20th Street**<br>**Vero Beach, FL 32960** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Graves, Thomas, Rotunda**<br>**2651 20th Street**<br>**Vero Beach, FL 32960** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Graves, Thomas, Rotunda**<br>**2651 20th Street**<br>**Vero Beach, FL 32960** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Graves, Thomas, Rotunda**<br>**2651 20th Street**<br>**Vero Beach, FL 32960** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Steven F. Thompson, Esq**<br>**615 West De Leon Street**<br>**Tampa, FL 33606** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _0.00_ |
| **5b. Total claims from Part 2** | 5b. + | $ _778,454.41_ |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _778,454.41_ |

| Fill in this information to identify the case: |
| --- |

Debtor name **Universal Biocarbon, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | *This was a contract between the Debtor and potential investor. The potential investor defaulted. As such, the Debtor believes the contract is no longer valid. The Debtor lists this contract in an abundance of caution.* |
| State the term remaining | |
| List the contract number of any government contract | *Lydeon, LLC*<br>*1309 Coffeen Avenue, Suite 1200*<br>*Sheridan, WY 82801* |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | *2 Guava Lane, Canal Point, FL 33483. This is a month to month tenancy.* |
| State the term remaining | |
| List the contract number of any government contract | *US Sugar Corporation*<br>*111 Ponce de Leon Avenue*<br>*Clewiston, FL 33440* |

**Fill in this information to identify the case:**

Debtor name    *Universal Biocarbon, Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | *David Disbrow* | *PO Box 881386*<br>*Port Saint Lucie, FL 34988* | *WebBank c/o QuickBooks Capital* | ☐ D _____<br>■ E/F  *3.24*<br>☐ G _____ |
| 2.2 | *David Disbrow* | *PO Box 881386*<br>*Port Saint Lucie, FL 34988* | *Bank of America* | ☐ D _____<br>■ E/F  *3.4*<br>☐ G _____ |
| 2.3 | *David Disbrow* | *PO Box 881386*<br>*Port Saint Lucie, FL 34988* | *Capital One* | ☐ D _____<br>■ E/F  *3.6*<br>☐ G _____ |
| 2.4 | *Jason Disbrow* | *PO Box 881386*<br>*Port Saint Lucie, FL 34988* | *Komatsu Financial* | ■ D  *2.2*<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | *Jason Disbrow* | *PO Box 881386*<br>*Port Saint Lucie, FL 34988* | *VOLVO FINANCIAL SERVICES* | ■ D  *2.3*<br>☐ E/F _____<br>☐ G _____ |

Debtor   *Universal Biocarbon, Inc.*  _____   Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | *Jason Disbrow*   *PO Box 881386*   *Port Saint Lucie, FL 34988* | *GM Financial* | ■ D  *2.1*   ☐ E/F  _____   ☐ G  _____ |
| 2.7 | *Jason Disbrow*   *PO Box 881386*   *Port Saint Lucie, FL 34988* | *Bank of America* | ☐ D  _____   ■ E/F  *3.3*   ☐ G  _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 2 of 2

**Fill in this information to identify the case:**

Debtor name    *Universal Biocarbon, Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| *From the beginning of the fiscal year to filing date:* From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | *Unknown* |
| *For prior year:* From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | *$1,321,610.96* |
| *For year before that:* From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | *$1,568,708.00* |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor   **Universal Biocarbon, Inc.**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **WebBank c/o QuickBooks Capital** **P.O. Box 842978** **Dallas, TX 75284** | *Various* | *$59,282.04* | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **Komatsu Financial** **8770 W Bryn Mawr Ave, Suite 100** **Chicago, IL 60631** | *Various* | *$24,336.04* | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **VLAU Transport, LLC** **4617 SW Tacoma Street** **Port Saint Lucie, FL 34953** | *Various* | *$274,675.00* | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | **Tropic Oil** **9675 NW 117 Avenue, #405** **Miami, FL 33178** | *Various* | *$19,849.00* | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **VOLVO FINANCIAL SERVICES** **PO Box 26131** **Greensboro, NC 27402** | *Various* | *$18,124.84* | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | **RR Transport & Logistics LLC** **4105 Burns Road** **Palm Beach Gardens, FL 33410** | *Various* | *$19,200.00* | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7. | **Pantropic Power** **8205 NW 58 Street** **Miami, FL 33166** | *Various* | *$25,849.44* | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

| Debtor | *Universal Biocarbon, Inc.* | Case number *(if known)* |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. *Jason Disbrow*<br>*PO Box 881386*<br>*Port Saint Lucie, FL 34988* | *Various* | *$790.92* | *Expense reimbursements.* |
| 4.2. *Michael A. Milicevic*<br>*3722 Creekside Drive*<br>*Sebring, FL 33875* | *Various* | *$32,543.28* | *Payments with interest for loan.* |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| *AgriServices International*<br>*3961 State Road 60 East*<br>*Lake Wales, FL 33898* | *GX 100/1150 EVO W/Komet 140*<br>*Turbine Drive Fully Galv*<br>*Rainspeed 060 Electric Tach*<br>*Hydraulic Legs and Cart Lift.*<br>*Pump and Engine to designed to flow 250*<br>*gpm @ 110 psi*<br>*Rainbow 4x4x13 pump with driveset*<br>*mounted and test*<br>*ran direct drive*<br>*Isuzu 4LE2/48-T4SSB - 38 CHP @ 2200 rpm*<br>*Primert Kit*<br>*Heavy duty air cleaner*<br>*Battery kit*<br>*Muffler kit 2 wheel trailer kit with 150 gallon*<br>*tank*<br>*15' HD Supply Hose*<br>*Suction hose, fittings, and discharge*<br>*connection for the trailer* | | *$67,686.94* |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   *Universal Biocarbon, Inc.*                              Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *MILICEVIC, MICHAEL V UNIVERSAL BIOCARBON INC 50-2024-CA-007460-XXXA-MB* | *CONTRACT & DEBT* | *Palm Beach County 15th Judicial Circuit 205 North Dixie Hwy. West Palm Beach, FL 33401* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| *2022 Backers 3-Tal Star Screener. Machine damaged due to a fire.* | *$552,865.00* | *4/10/24* | *$785,000.00* |
| *2022 John Deere 950K Dozer. Machine damaged due to a fire.* | *$378,202.55* | *4/10/24* | *$545,000.00* |
| *2023 Eco Stack 8048K. Machine damaged due to a fire.* | *$112,500.00* | *4/10/24* | *$112,500.00* |
| *2021 Volvo L110H Wheel Loader. Machine damaged due to a fire.* | *$230,365.00* | *4/10/24* | *$231,365.00* |
| *Vermeer Screener. Damaged in January 2024 Fire* | *$275,924.95* | *January 2024* | *$280,000.00* |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Universal Biocarbon, Inc.**                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kelley Kaplan & Eller, PLLC**<br>**1665 Palm Beach Lakes Blvd**<br>**The Forum - Suite 1000**<br>**West Palm Beach, FL 33401** | **Attorney Fees** | **1/26/25** | **$32,500.00** |
| | Email or website address<br>**dana@kelleylawoffice.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Dyer Chevrolet Ft. Pierce**<br>**4200 S US HIGHWAY 1**<br>**Fort Pierce, FL 34982** | **2016 Chevrolet Silverado 1500**<br>**VIN: 3GCPCREC0GG382453**<br>**This vehicle was traded in for a 2024**<br>**Chevrolet Silverado.** | **3/11/24** | **Unknown** |
| | Relationship to debtor | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor **Universal Biocarbon, Inc.**                                   Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Smart Stop**<br>**501 NW Business Center Dr N, UNIT C035**<br>**Port Saint Lucie, FL 34986** | **Jason Disbrow -PO Box 881396, Port Saint Lucie, FL 34988**<br>**Raida Disbrow -PO Box 881396, Port Saint Lucie, FL 34988**<br>**David Disbrow -PO Box 881396, Port Saint Lucie, FL 34988** | **5 gallon Buckets** | ☐ No<br>☑ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor __Universal Biocarbon, Inc._____    Case number *(if known)* _____

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| | | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| | |

Debtor  __*Universal Biocarbon, Inc.*_____  Case number *(if known)* _____

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | *PELLA & ASSOCIATES, PA*<br>*136 S RIDGEWOOD DR*<br>*Sebring, FL 33870* | *2022 to present* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | | *Inventories conducted internally twice a year* |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | *n/a* |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Carbon Holding, Inc.* | *11790 SW River Crossing Place Boca Raton, FL 33487* | *Shareholder* | *37.70* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Sunshine State Biomass Cooperative Inc.* | *11790 SW River Crossing Place Boca Raton, FL 33487* | *Shareholder* | *14.22* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Michael A. Milicevic and April E. Milice* | *Revocable Trust 3722 Creekside Drive Sebring, FL 33875* | *Shareholder* | *23.64* |

Debtor __Universal Biocarbon, Inc.__                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Dr. Robert Midence | 3830 Enchanted Oaks Lane<br>Sebring, FL 33875 | Shareholder | .33 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Steven B. Milicevic | 2035 Helms Road<br>Labelle, FL 33935 | Shareholder | .17 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| John & Daina Daniel | 2951 S.W. Buena Vista<br>Palm City, FL 34990 | Shareholder | .17 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Mathew Thomas | 1500 51st Court<br>Vero Beach, FL 32966 | Shareholder | .12 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Squires Family Trust | 10448 SW Whooping Crane Way<br>Palm City, FL 34990 | Shareholder | 23.15 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Gary Milicevic | 2035 Helms Road<br>Labelle, FL 33935 | Shareholder | .07 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Matthew Roberts | 2651 20th Street<br>Vero Beach, FL 32960 | Shareholder | .17 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Jason Disbrow | PO Box 881386<br>Port Saint Lucie, FL 34988 | CEO and Operations Manager, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| David Disbrow | PO Box 881396<br>Port Saint Lucie, FL 34988 | Chairman,Treasurer, CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Keith Knouse | PO Box 881386<br>Port Saint Lucie, FL 34988 | Secretary, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Richard Squires | PO Box 881386<br>Port Saint Lucie, FL 34988 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    _Universal Biocarbon, Inc._                                   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| *Michael A. Milicevic* | *3722 Creekside Drive Sebring, FL 33875* | *CEO* | *April 2019-April 2024* |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------|------|------|------|
| 30.1. | *David Disbrow* *PO Box 881396* *Port Saint Lucie, FL 34988* | *$23,000* | *1/1/24-1/17/25* | *Salary* |
| | **Relationship to debtor** | | | |
| 30.2. | *Jason Disbrow* *PO Box 881396* *Port Saint Lucie, FL 34988* | *$94,500* | *1/1/24-1/17/25* | *Salary* |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

Debtor     **Universal Biocarbon, Inc.**                                          Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

     **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 30, 2025**

**/s/ David Disbrow**                                          **David Disbrow**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **Chairman & Founder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                     page **11**

# United States Bankruptcy Court
## Southern District of Florida

In re    **Universal Biocarbon, Inc.**                              Case No. _____

                                    Debtor(s)              Chapter    _____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carbon Holding, Inc.**<br>**11790 SW River Crossing Place**<br>**Boca Raton, FL 33487** | **A** | **57,000,000** | **Common Stock** |
| **Dr. Robert Midence**<br>**3830 Enchanted Oaks Lane**<br>**Sebring, FL 33875** | **D** | **500,000** | **Common Stock** |
| **Gary Milicevic**<br>**2035 Helms Road**<br>**Labelle, FL 33935** | **D** | **100,000** | **Common Stock** |
| **John & Daina Daniel**<br>**2951 S.W. Buena Vista**<br>**Palm City, FL 34990** | **D** | **250,000** | **Common Stock** |
| **Matthew Roberts**<br>**2651 20th Street**<br>**Vero Beach, FL 32960** | **D** | **250,000** | **Common Stock** |
| **Matthew Thomas**<br>**1500 51st Court**<br>**Vero Beach, FL 32966** | **D** | **200,000** | **Common Stock** |
| **Michael A. Milicevic and April E. Milice Revocable Trust**<br>**3722 Creekside Drive**<br>**Sebring, FL 33875** | **D** | **35,250,000** | **Common Stock** |
| **Michael A. Milicevic and April E. Milice Revocable Trust**<br>**3722 Creekside Drive**<br>**Sebring, FL 33875** | **C** | **500,000** | **Common Stock** |
| **Richard and Diane Squires as T by the E**<br>**10448 SW Whooping Crane Way**<br>**Palm City, FL 34990** | **D** | **400,000** | **Common Stock** |
| **Squires Family Trust**<br>**10448 SW Whooping Crane Way**<br>**Palm City, FL 34990** | **D** | **35,450,000** | **Common Stock** |
| **Squires Family Trust**<br>**10448 SW Whooping Crane Way**<br>**Palm City, FL 34990** | **C** | **550,000** | **Common Stock** |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **Universal Biocarbon, Inc.**                                    Case No. _____
_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven B. Milicevic**<br>**2035 Helms Road**<br>**Labelle, FL 33935** | **D** | **250,000** | **Common Stock** |
| **Sunshine State Biomass Cooperative Inc.**<br>**11790 SW River Crossing Place**<br>**Boca Raton, FL 33487** | **B** | **21,500,000** | **Common Stock** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

  I, the **Chairman & Founder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 30, 2025**                              Signature  **/s/ David Disbrow**
_____                    _____
                                                                        **David Disbrow**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Universal Biocarbon, Inc.**                                                Case No. _____
                                           Debtor(s)              Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman & Founder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 30, 2025**                    **/s/ David Disbrow**
                                         **David Disbrow**/**Chairman & Founder**
                                         Signer/Title

AgriServices International
 3961 State Road 60 East
Lake Wales, FL 33898


Alta Equipment
 8418 Palm River Road
Tampa, FL 33619


Bank of America
PO BOX 660441
Dallas, TX 75266


BSC Engineering, Inc.
10490 South Lago Vista Circle
Pompano Beach, FL 33076


Capital One
P.O. Box 60519
City of Industry, CA 91716


David Disbrow
PO Box 881386
Port Saint Lucie, FL 34988


Dr. Robert Midence
3830 Enchanted Oaks Lane
Sebring, FL 33875


GM Financial
PO Box 183593
Arlington, TX 76096-3834


Graves, Thomas, Rotunda
2651 20th Street
Vero Beach, FL 32960


Jason Disbrow
PO Box 881386
Port Saint Lucie, FL 34988


Kanouse & Walker
6879 Giralde Circle
Boca Raton, FL 33433

Komatsu Financial
8770 W Bryn Mawr Ave, Suite 100
Chicago, IL 60631

Linder Industrial Machinery
1601 S Frontage Road
Plant City, FL 33563

Lydeon, LLC
1309 Coffeen Avenue, Suite 1200
Sheridan, WY 82801

Malloy & Malloy, PL
2800 SW Third Ave
Miami, FL 33129

McCourt Equipment
5141 W State Hwy 71
La Grange, TX 78945

Milicevic, Michael A.
Revocable Trust
3722 Creekside Drive
Sebring, FL 33875

Milicevic, Steven
2035 Helms Road
Labelle, FL 33935

Mulo, Inc
 PO Box 576
Belle Glade, FL 33430

Pantropic Power
8205 NW 58 Street
Miami, FL 33166

Rio-Bak
12773 W. Forest Hill Blvd, Suite 210
Wellington, FL 33414

Royal Consulting
211 West Warren Avenue
Longwood, FL 32750

Steven F. Thompson, Esq
615 West De Leon Street
Tampa, FL 33606


Tax Collector, Palm Beach County
P.O. Box 3353
West Palm Beach, FL 33402-3353


Thomas, Matthew
1500 51st Court
Vero Beach, FL 32966


Tropic Oil
9675 NW 117 Avenue, #405
Miami, FL 33178


US Sugar Corporation
111 Ponce de Leon Avenue
Clewiston, FL 33440


Vermeer Southeast
1060 West Industrial Avenue
Boynton Beach, FL 33426


VLAU Transport, LLC
4617 SW Tacoma Street
Port Saint Lucie, FL 34953


VOLVO FINANCIAL SERVICES
PO Box 26131
Greensboro, NC 27402


WebBank c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284


Wrenchified Heavy Duty Truck Repair
102 NW Doorchester St
Port Saint Lucie, FL 34983