

**ORDERED in the Southern District of Florida on October 20, 2025.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                     CASE NO.: 25-10987-EPK
                                                           CHAPTER 11
UNIVERSAL BIOCARBON, INC.                                  Small Business

     Debtor.

_____/

## ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE

This matter came before the Court on **October 8, 2025 at 1:30 p.m.** on the Debtor in Possession's Motion to Dismiss Chapter 11 Bankruptcy Case (ECF #136).  The Court, having heard the argument of those present, including consent of the United States Trustee to the dismissal of this case and taking specific judicial notice of the entire contents of the Court file and for the reasons stated on the record, it is:

ORDERED

1.      This Chapter 11 case is dismissed.

2.      The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and

simultaneously file with the Court the monthly operating reports through the date of this order using the appropriate monthly operating report.

3.      The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

4.      The Court shall retain jurisdiction to interpret and enforce the provisions of this Order and shall retain jurisdiction to hear and enforce final fee applications for the professionals in this case.

####

Submitted by:
Dana Kaplan, Esq.
Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Phone (561) 491-1200
Facsimile (561) 684-3773
e-mail: bankruptcy@kelleylawoffice.com

*Dana Kaplan, Esq. is directed to serve a copy of the signed order on all parties of record and file with the court a certificate of service conforming with Local Rule 2002-1(F).*

2